█ I. M. P. GLASS CORP., Respondent, v. GLASS WAREHOUSE WORKERS AND PAINT HANDLERS LOCAL UNION 206 BROTHERHOOD OF PAINTERS, DECORATORS AND PAINT HANDLERS OF AMERICA, Appellant.

Brennan, Hopkins and Nolan, JJ., concur; Christ, Acting P. J., and Rabin, J., dissent and vote to affirm the order.

█ In the Matter of the Arbitration between ALLSTATE INSURANCE COMPANY, Appellant, and MICHAEL J. GALLAGHER, an Infant, by CAROLYN GALLAGHER, His Mother, et al., Respondents.

Brennan, Acting P. J., Rabin, Hopkins, Benjamin and Munder, JJ., concur.

█ In the Matter of JOAN BASON, Respondent, v. DOUGLAS BRAXTON, Appellant. —

Ughetta, Acting P. J., Christ, Brennan, Hopkins and Munder, JJ., concur.